AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| __John Adams__<br>*Plaintiff/Petitioner* | ) ) ) | Case: 2:24-cv-13001<br>Assigned To : White, Robert J. |
| v. | ) | Civil Action No. |
| __Warden Eric Bardin__<br>*Defendant/Respondent* | ) ) ) | Referral Judge: Patti, Anthony P.<br>Assign. Date : 11/13/2024<br>Description: ADAMS V. WARDEN<br>(PRIS) (TH) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __FCI Milan__ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are:  $ _____, and my take-home pay or wages are:  $ _____ per
*(specify pay period)*  _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* My brother sends me $300 a month. At the time of this application I have $100 in my account. I can pay the $5 filing fee but due to the actions I am challenging in my 2241 the BOP has restricted me from any and all access to my account, prohibiting me from paying my filing fee.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

House 60K

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

All of my payments are in default

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Mom takes care of my 2 youngest children.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

My debts are alot to name but were in my PSI.

Declaration:  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10-30-24

Applicant's signature: John Adams

Printed name: John Adams

John Adams 39454509
FCI Milan
Po Box 1000
Milan Mich 48160

Metroplex MI 480 ZIP
SAT 02 NOV 2024 PM

⇔39459-509⇔
Clerk Of Courts
231 W Lafayette BLVD
United States District Ct
Detroit, MI 48226
United States

