UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Adams, 39459509,

                Petitioner,

v.

Eric Rardin,

                Respondent(s).

_____/

Case No.   24-13001

Judge Robert J. White

Magistrate Judge Anthony P. Patti

**ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS**

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: __November 14, 2024__

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: __November 14, 2024__

s/N. Ahmed
Deputy Clerk