MIED (Rev. 04/22) Notice of Change of Assistant U.S. Attorney

United States District Court<br>
Eastern District of Michigan

John Adams,

    Petitioner,    Case No. 24-cv-13001

 v.           Honorable Robert J. White
              Mag. Judge Anthony P. Patti

Eric Rardin,

    Respondent.
_____/

## NOTICE OF APPEARANCE OF ASSISTANT U.S. ATTORNEY

**To:** **Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

*Add the following AUSA(s):*

Name:  William J. Vailliencourt, Jr.

Telephone: (313) 226-9626

Email:  William.Vailliencourt@usdoj.gov

            *s/William J. Vailliencourt, Jr.*
            William J. Vailliencourt, Jr.
            Assistant United States Attorney
            211 W. Fort Street, Suite 2001
            Detroit, Michigan 48226
            (313) 226-9626
Dated: November 15, 2024   William.Vailliencourt@usdoj.gov