United States District Court
Eastern District of Michigan
Southern Division

John Adams, #39459-509,

        Petitioner,                  Case No. 24-cv-13001

vs.                                  Hon. Robert J. White
                                  Mag. Judge Anthony P. Patti

Eric Rardin, Warden,

        Respondent.

_____/

### Motion & Brief for Extension of Time to Respond to Motion for Preliminary Injunction

The Warden moves for an extension of time to file a response to the petitioner's motion for preliminary injunction for the following reasons:

1.     John Adams filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on November 13, 2024. ECF No. 1, PageID.1–8. On November 14, 2024, the magistrate judge ordered the Warden to file a response on or before January 16, 2025. ECF No. 5, PageID.14.

2.     On December 12, 2024, Adams filed a supplemental brief and a motion for a preliminary injunction. ECF No. 7, PageID.23–29.

Under Local Rule 7.1(e)(2)(A), the Warden has 21 days to file a response. The due date for that response is January 2, 2025.

3.      The relief Adams seeks in his motion is the same relief he is seeking on the merits of the claims asserted in his petition. Because the petition and the motion are intrinsically related and seek the same relief, it would be more efficient for the court and the Warden if the response to the motion is extended to the same date that a response to the petition is due. Otherwise, the petitioner would circumvent and expedite the court's order establishing a deadline for the Warden to respond to his petition.

Accordingly, the Warden requests the time to file a response to the motion for preliminary injunction be extended to January 16, 2025.

Respectfully submitted,

Dawn N. Ison
United States Attorney

/s/ William J. Vailliencourt, Jr.
William J. Vailliencourt, Jr.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9626
William.Vailliencourt@usdoj.gov

Dated: December 18, 2024

## Certificate of Service

I certify that on December 18, 2024, I electronically filed this motion with the Clerk of the Court using the ECF system, and I certify that I have mailed by United States Postal Service the attached paper to the following non-ECF participant:

John Adams, No. 39459-509
Milan Federal Correctional Institution
Inmate Mail
P.O. Box 1000
Milan, MI  48160


/s/ William J. Vailliencourt, Jr.
Assistant United States Attorney