United States District Court
Eastern District of Michigan
Southern Division

John Adams, #39459-509,

    Petitioner,                                 Case No. 24-cv-13001

vs.                                           Hon. Robert J. White

Eric Rardin, Warden,              Mag. Judge Anthony P. Patti

    Respondent.
_____/

## Index of Exhibits – Response to Habeas Petition

    Exhibit 1 – Judgment from E.D. Pa.

    Exhibit 2 – Declaration of S. Allison-Love and Attachments

    Exhibit 3 – Sixth Circuit Opinion in *Enigwe v. Sniezek*