UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN ADAMS,

    Petitioner,

v.

    CASE NO: 2:24-cv-13001

ERIC RARDIN,

    Respondent.

**DECLARATION OF S. ALLISON-LOVE**

I, S. Allison-Love, under penalty of perjury pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

1. I have been employed by the Federal Bureau of Prisons (BOP) since 2010 and am currently employed as a CLC Attorney at FCI Milan, Michigan. As a BOP Attorney, I have access to official records maintained by the BOP and am familiar with the procedures contained in BOP Program Statement 1330.18, <u>Administrative Remedy Procedures for Inmates</u>[1], and 28, C.F.R. Part 542, Subpart B.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties. I am familiar with the BOP computer system,

---

[1] A full copy of this program statement can be obtained via the BOP website at *www.bop.gov*.

1

SENTRY. The SENTRY system contains inmate information, including tracking information of administrative remedies filed by inmates, and is maintained in the ordinary course of BOP business. I am also familiar with the meaning of SENTRY abbreviations and codes.

3.  The BOP's Administrative Remedy Program for inmates is set out in the Code of Federal Regulations Title 28, §§542.10-542.19.[2] Inmates may use the BOP Administrative Remedy Program to seek formal review of any aspect of their confinement.[3] The program is typically a four-tiered review process comprised of an informal resolution process, followed by a formal request to the Warden, the Regional Director, and the Office of General Counsel. Inmates must first attempt to informally resolve their complaints at their institution.[4] An attempt at informal resolution is referred to as a 'BP-8'. If the issue cannot be resolved informally, inmates must next present their complaints to the Warden of the facility in which they are confined.[5] Administrative remedy requests filed at the institution level are referred to as 'BP-9's, and are identified in the SENTRY database by the notation 'F1' following the remedy identification number. If the inmate is not satisfied with the Warden's response, the inmate may appeal the matter to the appropriate Regional Office within 20 calendar days of the Warden's signed response.[6] Regional Office filings are referred to as 'BP-10's, and are identified by the notation 'R1' following the remedy identification number. If the inmate is not satisfied with the Regional Director's response, the inmate may appeal the matter to the Office of General Counsel within 30

---

[2] All BOP Program Statements are available for inmate access via their respective institution law library. Additionally, administrative remedy filing procedures are outlined and explained to inmates each time they arrive at a federal prison as part of the Admission and Orientation process.
[3] See 28 C.F.R. § 542.10.
[4] See 28 C.F.R. § 542.13.
[5] See 28 C.F.R. § 542.14.
[6] See 28 C.F.R. § 542.15.

calendar days of the date the Regional Director signed the response.[7] An appeal to the Office of the General Counsel (hereinafter, "Central Office"), known as a 'BP-11', is identified by the notation 'A1' following the remedy identification number, and is the final BOP administrative appeal.[8] Central Office has 40 calendar days to respond.[9] The administrative remedy process is not complete until the Central Office replies, on the merits, to the inmate's BP-11 or if a response is not forthcoming, within the time allotted for reply. If an inmate does not receive a response during the allotted time-period, at any stage of the administrative remedy process, the inmate may consider the absence of a response to be a denial at that level.[10]

4. I have reviewed the record of administrative remedy requests submitted by Petitioner John Adams, Register No. 39459-509. Regarding the three issues Petitioner raised in his Complaint, (Financial Responsibility Program (FRP) restitution payments, FSA eligibility, and email access) he has only submitted three (3) remedies regarding email access.[11]

    1) 1207881-R1 – BP-10 remedy received by the Region on August 2, 2024, and was rejected on August 2, 2024, for not being of a sensitive nature. Petitioner was instructed to first file a BP-9 at the institution level.[12]

---

[7] Id.
[8] If amended or successive filings are filed at the same level, the numeral following the alphabetical letter will change accordingly. For example, a second filing at the institution, Regional Office, or Central Office would be identified in SENTRY by a notation of 'F2', 'R2', or 'A2' following the remedy identification number.
[9] See 28 C.F.R. § 542.18.
[10] Id.
[11] See Attachment 1, Administrative Remedy Retrieval.
[12] See Attachment 2, Remedy Rejection 1207881-R1. Note: When rejection letters are re-printed from SENTRY, the system automatically assigns the current date as the document's date.

    2) 1210871-F1 – BP-9 remedy received by the institution on August 28, 2024, and a response was issued to Petitioner on September 6, 2024.[13]

    3) 1210871-R1 – BP-10 remedy received by the Region on September 23, 2024, and was rejected on September 23, 2024, for not providing a copy of the BP-9 with his submission. He was instructed to correct and resubmit within 10 days of the rejection.[14]

5. An inmate must appeal through all three levels of the Administrative Remedy Process to exhaust administrative remedies.[15] Based upon my review of the administrative remedy record, Plaintiff did not properly exhaust his administrative remedies through the BOP's Administrative Remedy Program as it relates to any of the three allegations raised in his Complaint.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 5th day of December, 2024.

*S. Allison-Love* (signature)
S. Allison-Love
Senior Attorney
Federal Bureau of Prisons

---

[13] See Attachment 3, Remedy 1210871-F1
[14] See Attachment 4, Remedy Rejection 1210871-R1. Note: When rejection letters are re-printed from SENTRY, the system automatically assigns the current date as the document's date.
[15] 28 C.F.R. § 542.15(a) ("Appeal to the General Counsel is the final administrative appeal.").

4

```
MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-21-2024
PAGE 001 OF                                                          15:26:50
         FUNCTION: L-P SCOPE: REG   EQ 39459-509   OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _             RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____    ____    ____    ____    ____    ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___    ___    ___    ___    ___    ___
         TYPE: ___    ___    ___    ___    ___    ___
EVNT FACL: EQ ____    ____    ____    ____    ____    ____
RCV FACL.: EQ ____    ____    ____    ____    ____    ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____    ____    ____    ____    ____    ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

ATTACHMENT 1

```
 MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   11-21-2024
PAGE 002 OF 002 *             SANITIZED FORMAT                *   15:26:50

 REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
              RCV-OFC    RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

1135409-R1    20ZM/       DHO APPEAL, MAYBE
              NER          PHL       09-12-2022      REJ      09-28-2022

1135409-R2    20ZM/       DHO APPEAL
              NER          PHL       10-11-2022      CLD      12-19-2022

1149343-R1    20DM/       DHO APPEAL
              NER          PHL       12-05-2022      REJ      01-27-2023

1149343-R2    20DM/       DHO APPEAL
              NER          PHL       02-27-2023      REJ      04-06-2023

1177752-F1    25EM/16CM   COMMISSARY ITEMS & PACKAGES
              PHL          PHL       10-06-2023      CLD      10-23-2023

1177752-R1    25EM/16CM   WANTS HIGHLIGHTERS ON COMMISSARY LIST
              NER          PHL       11-13-2023      CLD      01-18-2024

1192414-R1    20DM/       DHO APPEAL
              NER          PHL       03-07-2024      REJ      03-08-2024

1192414-R2    20DM/       DHO APPEAL
              NER          PHL       03-25-2024      REJ      03-28-2024

1192414-R3    20DM/       DHO APPEAL
              NER          PHL       04-08-2024      CLD      06-07-2024

1207881-R1    13JM/       SENSITIVE FILING-WALSH CLASSIFICATION APPEAL
              NCR          MIL       08-02-2024      REJ      08-02-2024

1210871-F1    13JJ/17ZJ   INMATE SEEKS COMPUTER/EMAIL ACCESS
              MIL          MIL       08-28-2024      CLD      09-06-2024

1210871-R1    13JJ/17ZJ   INMATE SEEKS COMPUTER/EMAIL ACCESS
              NCR          MIL       09-23-2024      REJ      09-23-2024




              12 REMEDY SUBMISSION(S) SELECTED
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: DECEMBER 5, 2024




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO   : JOHN ADAMS, 39459-509
       MILAN FCI    UNT: 3 GP    QTR: F15-018U
       P.O. BOX 9999
       MILAN, MI 48160



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1207881-R1      REGIONAL APPEAL
DATE RECEIVED    : AUGUST 2, 2024
SUBJECT 1        : WALSH ACT CLASSIFICATION
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REMARKS        : APPEAL DOES NOT MEET CRITERIA FOR SENSITIVE FILING
                 YOU MUST UTILIZE THE ADMIN REMEDY PROGRAM APPROP
                 FILE AT THE INSTITUTION LEVEL 1ST STARTING W/BP-8
```

ATTACHMENT 2

**BP-229 RESPONSE**                                         **CASE NUMBER: 1210871-F1**

Your Request for Administrative Remedy (BP-229), dated August 23, 2024, has been reviewed. You state you are being denied email access. For resolution you request your email privileges be approved.

A review of your claim has been conducted. On July 16, 2024, you arrived to the Federal Detention Center as a Holdover with a designation to FCI Milan. Upon review your inmate profile lists Walsh Act History With Conviction.

Program Statement 4500.12 – Trust Fund/Deposit Fund Manual, states TRULINCS automatically applies a temporary restriction on inmates' accounts with the above-mentioned Walsh assignment. These restrictions may be over-written when deemed appropriate by staff responsible for local sex offender management and approved by the Warden.

When you are transferred to FCI Milan this review will occur within 28 days of your arrival by your Unit Team.

Accordingly, your Request for Administrative Remember is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492

I trust this response addresses your concerns.

_____             __9/6/2024__
E. Rardin, Warden                           Date

**ATTACHMENT 3**

**U.S. DEPARTMENT OF JUSTICE** — **REQUEST FOR ADMINISTRATIVE REMEDY**
*Federal Bureau of Prisons*

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Adams John S | 39459509 | E | FDC Mi/9A
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - INMATE REQUEST**

In over 3 years I was at FDC Philadelphia. I worked for trust fund fixing and maintaining the computers. I was able to use my email with no infractions or misuse. Enclosed is an writeup of my concerns and arguments. My lawyer told me to write regional because this was a sensitive and urgent matter. Regional rejected and said I have to use a BP-9. Please read attached letter.

8-23-24 Mon 8-2
Sat 8-2

DATE — SIGNATURE OF REQUESTER: John Adams

**Part B - RESPONSE**

*Please see the attached 9/19/24 NF

RECEIVED AUG 29 2024 BY:

DATE — WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1210871-F1
CASE NUMBER: _____

**Part C - RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — BP-229(13) APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 2, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : JOHN ADAMS, 39459-509
      MILAN FCI     UNT: 8 JAIL     QTR: D01-113L
      P.O. BOX 9999
      MILAN, MI 48160


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1207881-R1      REGIONAL APPEAL
DATE RECEIVED   : AUGUST 2, 2024
SUBJECT 1       : WALSH ACT CLASSIFICATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY. YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

BOP Program statement 4500.12 clearly states: An inmates exclusion from participation must be based on his\her own behavior or history and must not be excluded based on general categorizations of previous conduct. Inmates whose conduct, or other history indicates a propensity to offend through the use of email or jeopardizes the safety, security and orderly operation or for the protection of the public should be considered for restriction. Also See the Dodrill Memorandum which gives the BOP officials a supplemental guidance on how to apply Walsh Assignments to inmates states: Inmate can not be restricted simply based on a current or prior sex offense, rather only inmates who conduct and history indicates a propensity to offend through the use of email. This does not include exchanging computer pornographic images insofar as TRULINCS email does not provide that function. Therefore the risk of such further activity does not exist. Only inmates whose conduct include solicit or accomplish offensive conduct with a victim should be restricted. After over 3 years of being able to use email at two different locations with no infractions or writeups, I was restricted. After talking with my unit team Mr. Flanery and Physiology doctor. They both agreed after looking at my PSI that they would tell the AW to override my Walsh Assignment. Mr Flanery even stated that " even If I was qualified not only have I worked in trust fund as the computer orderly for over a year but I have had access to the email system for over 3 years with no issues, that should be proof enough you are not a risk". I have never had the email to anyone involved in my case, so it was impossible to use it to offend anyone. Many of my family member don't speak good English, my 2 sisters are Spanish and email allows them to translate the text to Spanish. Also I am in the fight of my life here. I have a pending direct appeal with an argument of 1st impression that might need to go to the Supreme Court. I need to have communication with my legal team, many I have never talked to on the phone.(I.E. My investigator, 7 law professors, and former law enforcement) All are interested in the argument in my case. My legal work is my life and I need contact with these people to succeed. All I am asking is for you to follow your own policy. (See, INS V Yueh-Shaio Yang, 519 US 26,32,117 (1996) This is a supreme court case that states: If an agency announces and follows by a rule or a general policy by which it's exercise of discretion will be governed, an irrational departure from that policy could constitute action that must be overturned as arbitrary, capricious or a abuse of discretion. Cannon of construction and interpretation works for policy as it do with statutes. If words of a policy is unambiguous then that is the end of interpretation. Clearly the words offend by the use of email is not ambiguous so the BOP interpretation fails, and if the first cannon was to pass interpretation then the second would also fail cause over 3 year of use of the email at 2 locations with no abuse of policy would say that I am not a risk to the public or the institution. I humbly ask for the reinstating of my email privilege's. Thank you for you consideration

John Adams #39459509

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 21, 2024



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : JOHN ADAMS, 39459-509
      MILAN FCI    UNT: 2 GP    QTR: F14-010L
      P.O. BOX 9999
      MILAN, MI 48160



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1210871-R1     REGIONAL APPEAL
DATE RECEIVED    : SEPTEMBER 23, 2024
SUBJECT 1        : WALSH ACT CLASSIFICATION
SUBJECT 2        : OTHER NON-MAIL COMMUNICATION
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOU DID NOT PROVIDE A COPY OF THE WARDEN S
                 RESPONSE AND/OR BP-9.
                 PLEASE RESOLVE ERRORS AND RESUBMIT.
```

ATTACHMENT 4