# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOHN ADAMS,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 24-cv-13001

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the petition for a writ of habeas corpus without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner. Costs to be permitted in accordance with law.

    KINIKIA D. ESSIX
    CLERK OF COURT

    By: _s/Tara Villereal_____
        Deputy Clerk

March 12, 2025

Approved: s/ Robert J. White
        Robert J. White
        United States District Judge